*LEO BLAS*
*PRO PER*
*24245 Temple Dr.*
*Chugiak, AK 99567*
Telephone: *907-350-5369*
Email: *leoblas@gmail.com*

**FILED**
DEC 1 8 2019
CLERK
U.S. BANKRUPTCY COURT
BY: _____
DEPUTY CLERK

**RECEIVED**
DEC 18 2019
U.S. BANKRUPTCY COURT
DEPUTY CLERK

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In re:<br>*LEO BLAS*,<br>            Debtor | Bankruptcy Case No. *17-411*<br>Chapter *7*<br>**NOTICE OF HEARING ON HOMEOWNER'S MOTIONS FOR RECONSIDERATION OF COURT ORDERS TO GRANT POC AND LIFT STAY DATED 12/17/19** |

PLEASE TAKE NOTICE that a hearing will be held <u>**on January 29** *at* **3** *o'clock* **p.m.**</u> at the Historic Courtroom, U.S. Bankruptcy Court, 605 West 4th Avenue, Anchorage, Alaska 99501 on the homeowner's **MOTIONS FOR RECONSIDERATION OF COURT ORDERS TO GRANT POC AND LIFT STAY, that were served today.**

If you cannot attend the hearing in person, you may call the U.S. Bankruptcy Court In-Court Deputy Clerk at (907) 271-2640, at least three (3) business days in advance of the hearing to request telephonic attendance.

Dated: *December 18, 2019*

*LEO BLAS*
Attorney for *LEO BLAS*

By: _____